```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Staff Attorney/Misdemeanor Unit
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
TIM BOWEN
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. 08-362-KJM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE |
| ) | SELF SURRENDER DATE |
| TIM BOWEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated between the United States of America, through MATTHEW C. STEGMAN, Assistant U.S. Attorney, and the defendant, by and through counsel, MICHAEL PETRIK, Jr., Staff Attorney, that the surrender date of January 26, 2009, on or before 12:00 p.m., be continued to February 20, 2009, on or before 12:00 p.m.

The reason for this continuance is that the Federal Defender's Office was notified by family members of Mr. Bowen that he suffered a seizure, has pneumonia, and is currently in the hospital. The defendant's recovery is unknown at this time.

/////

/////

1

```
DATED: January 23, 2009            Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Staff Attorney/Misdemeanor Unit
                                   Attorneys for TIM BOWEN


DATED: January 23, 2009            LAWRENCE G. BROWN
                                   Acting United States Attorney

                                   /s/ Matthew C. Stegman
                                   _____
                                   MATTHEW C. STEGMAN
                                   Assistant U.S. Attorney
```

O R D E R

    IT IS SO ORDERED.

DATED: January 27, 2009.

                                                               _____
                                                               U.S. MAGISTRATE JUDGE